UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-23927-JAL

FRANCISCO ZAMBRANA,

Plaintiff,

Vs.

CITY OF OPA-LOCKA,

Defendant.
_______________________________/

**PLAINTIFF'S WITNESS LIST**

Plaintiff, by and through undersigned counsel, pursuant to the Order on the Parties Joint Scheduling Report dated January 13, 2017, hereby files his Witness List, as follows:

1. Francisco Zambrana
℅ Matias R. Dorta, Esq.
DORTA LAW
334 Miorca Avenue
Coral Gables, Florida 33134

and

Michael A. Pizzi, Jr., Esq.
MICHAEL A. PIZZI, P.A.
6225 Miami Lakes Drive, Suite 313
Miami Lakes, Florida 33014

2. Francisco Pujol
℅ Michael A. Pizzi, Jr., Esq.
MICHAEL A. PIZZI, P.A.
6225 Miami Lakes Drive, Suite 313
Miami Lakes, Florida 33014

3. Gaby Pujol
   ℅ Michael A. Pizzi, Jr., Esq.
   MICHAEL A. PIZZI, P.A.
   6225 Miami Lakes Drive, Suite 313
   Miami Lakes, Florida 33014

4. Claudia Reyes
   ℅ Matias R. Dorta, Esq.
   DORTA LAW
   334 Miorca Avenue
   Coral Gables, Florida 33134

5. Patrick Curevo
   Address Unknown

6. Sigrid Curevo
   Address Unknown

7. Rafael Cuarezma
   14373 S.W. 120th Court
   Miami, Florida 33186

8. Ruben Fernando
   7580 SW. 57th Terrace
   Miami, Florida 33143

9. Rigo Vargas
   21990 S.W. 178th Avenue
   Miami, Florida 33170

10. Jenny Vargas
    21990 S.W. 178th Avenue
    Miami, Florida 33170

11. Elionora Reyes
    16250 S.W. 91th Court
    Palmetto Bay, Florida 33157

12. Alberto Gomez
    Address Unknown

13. Pedro Caberea
Address Unknown

14. Jose Antonio Medina
Address Unknown

15. Corporate Representative for the City of Opa-Locka
℅ Christopher J. Stearns, Esq.
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304

16. David Chiverton
Address Unknown

17. Gregory Days
Address Unknown

18. Luis Santiago
Address Unknown

19. Dante Starks
Address Unknown

20. Demetrius Corleone Taylor
Address Unknown

21. Gregory Harris
Address Unknown

22. Derrick O. Simon
1526 S.W. 106th Avenue
Pembroke Pines, Florida 33025

23. Derek Wingle
℅ Federal Bureau of Investigation
2030 S.W. 145th Avenue
Miramar, Florida 33027

24. Records Custodian for United States Attorney's Office Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

25. Records Custodian for Federal Bureau of Investigation
2030 S.W. 145th Avenue
Miramar, Florida 33027

26. All witnesses listed by the Defendant.

27. All persons deposed in this case.

28. Discovery is ongoing. This Plaintiff reserves the right to amend and/or supplement this witness list as discovery continues.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on March 29, 2017, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send transmissions of Notices of Electronic Filing on All Counsel of Record.

DORTA LAW
334 Minorca Avenue
Coral Gables, Florida 33134
Telephone: 305-441-2299
Telecopier: 305-441-8849
file@dortalaw.com
grd@dortalaw.com

By: /s/ Matias R. Dorta
MATIAS R. DORTA
Florida Bar No. 770817
GONZALO R. DORTA
Florida Bar No. 650269

and

MICHAEL A. PIZZI, P.A.
6225 Miami Lakes Dr., Suite 313
Miami Lakes, Florida 33014
Telephone: 305-777-3800
Telecopier: 305-777-3802
mpizzi@pizzilaw.com

By: /s/ Michael A. Pizzi, Jr.___________________
MICHAEL A. PIZZI, JR.
Florida Bar No. 79545